NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER MARONEY,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2010-3173

---

Petition for review of an arbitrator's decision in FMCS case no. 09-60135 by Abigail Modjeska.

---

## ORDER

Peter Maroney moves to reinstate his appeal and for an extension of time to file the appendix.

On March 9, 2011, the court dismissed Maroney's appeal for failing to file the appendix. Maroney has simultaneously filed the appendix with his motion for reinstatement.

Accordingly,

IT IS ORDERED THAT:

The motions are granted. The court's March 9, 2011 order is vacated, the court's mandate is recalled and the appeal is reinstated. The appendix is accepted for filing.

FOR THE COURT

APR 0 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: M. Jefferson Euchler, Esq.
Hillary A. Stern, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 05 2011

JAN HORBALY
CLERK